No. 799, Misc.   DE LA PAZ *v.* WILSON, WARDEN, ET AL. Sup. Ct. Cal.   Certiorari denied.

No. 800, Misc.   TALBOT *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.   *Morris Lavine* for petitioner.

No. 807, Misc.   LEAK *v.* FOLLETTE, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 808, Misc.   CAMERON *v.* NEW YORK.   App. Term, Sup. Ct. N. Y., 1st Jud. Dept.   Certiorari denied.   *Leon B. Polsky* for petitioner.   *Malvina H. Guggenheim* for respondent.

No. 810, Misc.   NEWSOME *v.* FLOWERS, ATTORNEY GENERAL OF ALABAMA, ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 811, Misc.   TORRES *v.* WILSON, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 812, Misc.   NAILOR *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 820, Misc.   STONE *v.* NEW YORK.   Ct. App. N. Y. Certiorari denied.

No. 824, Misc.   NEWELL *v.* PAGE, WARDEN.   C. A. 10th Cir.   Certiorari denied.

No. 831, Misc.   SOLIS *v.* CALIFORNIA.   Sup. Ct. Cal. Certiorari denied.

No. 833, Misc.   LEHMAN *v.* FRYE, WARDEN.   Sup. Ct. Ill.   Certiorari denied.